## 8876.   HARVEY v. THE STATE.

LUKE, J.   1. The evidence in this case, though weak, authorized the conviction of the accused.

2. There is no such merit in the assignments of error as requires a new trial of this case.

> *Judgment affirmed.   Wade, C. J., and George, J., concur.*
> DECIDED SEPTEMBER 24, 1917.

Indictment for misdemeanor; from Habersham superior court—Judge J. B. Jones.   April 14, 1917.

*J. J. & Sam Kimsey, J. C. Edwards & Sons,* for plaintiff in error.   *Robert McMillan, solicitor-general,* contra.

---

## 8885.   SHEPPARD v. THE STATE.

LUKE, J.   The evidence upon which the accused was convicted was wholly circumstantial, and the proved facts were not sufficient to exclude every other reasonable supposition than that of the guilt of the accused. The verdict, being without evidence to support it, was contrary to law, and the court erred in overruling the motion for a new trial.   *Cannon* v. *State,* 12 *Ga. App.* 637 (77 S. E. 920); *Belmas* v. *State,* 12 *Ga. App.* 363 (77 S. E. 188).

> *Judgment reversed.   Wade, C. J., and George, J., concur:*
> DECIDED SEPTEMBER 24, 1917.

Accusation of larceny from the person; from city court of Carrollton—Judge Beall.   April 21, 1917.

*Emmett Smith,* for plaintiff in error.

*Willis Smith, solicitor,* contra.